## John R. Blennerhassett, Appellee, v. La Salle, Appellant.

### Gen. No. 18,983.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. HUGO PAM, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Reversed with finding of fact. Opinion filed March 5, 1914.

## Statement of the Case.

Action by John R. Blennerhassett against La Salle, a corporation, to recover for personal injuries. Plaintiff was in the employ of a tenant of defendant, and was injured by the fall of an iron door covering an elevator shaft as he was descending on the elevator. From a judgment in his favor for six hundred dollars, defendant appeals.

F. J. CANTY and R. P. GARRETT, for appellant.

J. W. SUTTON and MARTIN L. WILBORN, for appellee.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

## Abstract of the Decision.

ELEVATORS, § 21*—*when operator of elevator guilty of contributory negligence.* Where a contrivance in the shape of an inverted "U" placed on an elevator running from the basement of a building in which plaintiff was employed, through a shaft opening on a sidewalk in an alley, the object of which was automatically to open and close the iron doors covering the shaft, had been removed before plaintiff attempted to use the elevator, he having had knowledge of such removal and that it had not been replaced, it was *held* that his contributory negligence barred recovery for injuries sustained by being struck on the head by the fall of one of the iron doors covering the shaft as the elevator descended.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.